**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-33146-H5-7 |
| | § | |
| THOMAS MATHEW | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/15/2008. The undersigned trustee was appointed on 05/15/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $10,330.49

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $20.01 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $10,310.48 |

     The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/18/2009 and the deadline for filing government claims was 11/11/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,783.05. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,783.05, for a total compensation of $1,783.05[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $56.00, for total expenses of $56.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/07/2010                By:  /s/ Ben Floyd
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 08-33146-H5-7 | Trustee Name: | Ben Floyd |
|---|---|---|---|
| Case Name: | MATHEW, THOMAS | Date Filed (f) or Converted (c): | 05/15/2008 (f) |
| For the Period Ending: | 10/7/2010 | §341(a) Meeting Date: | 06/24/2008 |
| | | Claims Bar Date: | 02/18/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2007 TAX REFUND (u) | $10,000.00 | $10,000.00 | | $10,319.00 | FA |
| 2 | 2323 Greenhaven | $300,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Household goods | $3,910.00 | $0.00 | DA | $0.00 | FA |
| 4 | Wearing apparel | $510.00 | $0.00 | DA | $0.00 | FA |
| 5 | furs jewelry | $365.00 | $0.00 | DA | $0.00 | FA |
| 6 | wife's 401K (u) | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | common stock (u) | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | scheduled at zero | | | | | |
| 8 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $11.49 | FA |

**TOTALS (Excluding unknown value)**           **Gross Value of Remaining Assets**
$316,785.00     $10,000.00          $10,330.49          $0.00

Initial Projected Date Of Final Report (TFR): 03/01/2010    Current Projected Date Of Final Report (TFR): 06/30/2010

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-33146-H5-7 | | | Trustee Name: | Ben Floyd |
|---|---|---|---|---|---|
| Case Name: | MATHEW, THOMAS | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0063 | | | Checking Acct #: | ******3146 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | 8010833146 |
| For Period Beginning: | 5/15/2008 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/7/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2009 | | Transfer From ******3146 # ******3146 | Transfer For Bond Payment | 9999-000 | $20.01 | | $20.01 |
| 10/29/2009 | 10000 | GEORGE ADAMS and COMPANY | Bond Payment | 2300-000 | | $20.01 | $0.00 |
| 07/08/2010 | | Transfer From: ******3146 # ******3146 | Transfer to Close Account | 9999-000 | $10,310.48 | | $10,310.48 |
| | | | **TOTALS:** | | $10,330.49 | $20.01 | $10,310.48 |
| | | | Less: Bank transfers/CDs | | $10,330.49 | $0.00 | |
| | | | Subtotal | | $0.00 | $20.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $20.01 | |

| For the period of 5/15/2008 to 10/7/2010 | | For the entire history of the account between 10/29/2008 to 10/7/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10,330.49 | Total Internal/Transfer Receipts: | $10,330.49 |
| | | | |
| Total Compensable Disbursements: | $20.01 | Total Compensable Disbursements: | $20.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.01 | Total Comp/Non Comp Disbursements: | $20.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-33146-H5-7 | | Trustee Name: | Ben Floyd |
|---|---|---|---|---|
| Case Name: | MATHEW, THOMAS | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0063 | | Money Market Acct #: | ******3146 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | 8020833146 |
| For Period Beginning: | 5/15/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/7/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/29/2008 | (1) | THOMAS & SHERLY MATHEW | 2007 TAX REFUND | 1124-000 | $10,319.00 | | $10,319.00 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.17 | | $10,319.17 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.33 | | $10,320.50 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.10 | | $10,321.60 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.88 | | $10,322.48 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.79 | | $10,323.27 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.68 | | $10,323.95 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.42 | | $10,324.37 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.44 | | $10,324.81 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.42 | | $10,325.23 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.44 | | $10,325.67 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.44 | | $10,326.11 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.42 | | $10,326.53 |
| 10/29/2009 | | Transfer To ******3146 # ******3146 | Transfer For Bond Payment | 9999-000 | | $20.01 | $10,306.52 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.44 | | $10,306.96 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.42 | | $10,307.38 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.44 | | $10,307.82 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.44 | | $10,308.26 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.40 | | $10,308.66 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.44 | | $10,309.10 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.42 | | $10,309.52 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.44 | | $10,309.96 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.42 | | $10,310.38 |
| 07/08/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 7/8/2010 | 1270-000 | $0.10 | | $10,310.48 |
| 07/08/2010 | | Transfer To: ******3146 # ******3146 | Transfer to Close Account | 9999-000 | | $10,310.48 | $0.00 |

            **SUBTOTALS**    $10,330.49    $10,330.49

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-33146-H5-7 | Trustee Name: | Ben Floyd |
|---|---|---|---|
| Case Name: | MATHEW, THOMAS | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0063 | Money Market Acct #: | ******3146 |
| Co-Debtor Taxpayer ID #: | | Account Title: | 8020833146 |
| For Period Beginning: | 5/15/2008 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/7/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $10,330.49 | $10,330.49 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $10,330.49 | |
| | | | Subtotal | | $10,330.49 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,330.49 | $0.00 | |

| For the period of 5/15/2008 to 10/7/2010 | | For the entire history of the account between 10/29/2008 to 10/7/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,330.49 | Total Compensable Receipts: | $10,330.49 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,330.49 | Total Comp/Non Comp Receipts: | $10,330.49 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,330.49 | Total Internal/Transfer Disbursements: | $10,330.49 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-33146-H5-7 | | Trustee Name: | Ben Floyd |
|---|---|---|---|---|
| Case Name: | MATHEW, THOMAS | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0063 | | Money Market Acct #: | ******3146 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | 8020833146 |
| For Period Beginning: | 5/15/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/7/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,330.49 | $20.01 | $10,310.48 |

| For the period of 5/15/2008 to 10/7/2010 | | For the entire history of the case between 05/15/2008 to 10/7/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,330.49 | Total Compensable Receipts: | $10,330.49 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,330.49 | Total Comp/Non Comp Receipts: | $10,330.49 |
| Total Internal/Transfer Receipts: | $10,330.49 | Total Internal/Transfer Receipts: | $10,330.49 |
| | | | |
| Total Compensable Disbursements: | $20.01 | Total Compensable Disbursements: | $20.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.01 | Total Comp/Non Comp Disbursements: | $20.01 |
| Total Internal/Transfer Disbursements: | $10,330.49 | Total Internal/Transfer Disbursements: | $10,330.49 |

# CLAIM ANALYSIS REPORT

| Case No. | 08-33146-H5-7 | | Trustee Name: | Ben Floyd |
|---|---|---|---|---|
| Case Name: | MATHEW, THOMAS | | Date: | 10/7/2010 |
| Claims Bar Date: | 02/18/2009 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BEN FLOYD<br><br>700 Louisiana<br>Ste 4600<br>Houston TX 77002 | 07/09/2010 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $1,783.05 | $1,783.05 | $0.00 | $0.00 | $0.00 | $1,783.05 |
| | BEN FLOYD<br><br>700 Louisiana<br>Ste 4600<br>Houston TX 77002 | 07/09/2010 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $56.00 | $56.00 | $0.00 | $0.00 | $0.00 | $56.00 |
| 5 | COMPTROLLER OF PUBLIC ACCOUNTS<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division<br>PO Box 12548<br>Austin TX 787112548 | 03/03/2009 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $3,539.11 | $3,539.11 | $0.00 | $0.00 | $0.00 | $3,539.11 |

Claim Notes:     (5-1) SALES AND USE TAX CH. 151 (321, 322, 323)

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 071935480 | 12/29/2008 | UNSECURED | Allowed | 7100-000 | $0.00 | $602.71 | $602.71 | $0.00 | $0.00 | $0.00 | $602.71 |
| 2 | CAPITAL RECOVERY II<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 01/19/2009 | UNSECURED | Allowed | 7100-000 | $0.00 | $2,313.13 | $2,313.13 | $0.00 | $0.00 | $0.00 | $2,313.13 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City OK 731248809 | 02/05/2009 | UNSECURED | Allowed | 7100-000 | $0.00 | $10,514.34 | $10,514.34 | $0.00 | $0.00 | $0.00 | $10,514.34 |

**CLAIM ANALYSIS REPORT**  Page No: 2   Exhibit C

| Case No. | 08-33146-H5-7 | | | | | | | Trustee Name: | Ben Floyd |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MATHEW, THOMAS | | | | | | | Date: | 10/7/2010 |
| Claims Bar Date: | 02/18/2009 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City OK 731248809 | 02/05/2009 | UNSECURED | Allowed | 7100-000 | $0.00 | $5,938.81 | $5,938.81 | $0.00 | $0.00 | $0.00 | $5,938.81 |
| 6 | CEDARCREST FUND LP PO Box 830669 Arsenal Station San Antonio TX 78283 | 12/22/2009 | UNSECURED TARDILY FILED 726 (a)(3) | Allowed | 7200-000 | $0.00 | $24,247.02 | $24,247.02 | $0.00 | $0.00 | $0.00 | $24,247.02 |
| | | | | | | | $48,994.17 | $48,994.17 | $0.00 | $0.00 | $0.00 | $48,994.17 |

CLAIM ANALYSIS REPORT

Page No: 3     Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 08-33146-H5-7 | | **Trustee Name:** | Ben Floyd |
| **Case Name:** | MATHEW, THOMAS | | **Date:** | 10/7/2010 |
| **Claims Bar Date:** | 02/18/2009 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $1,783.05 | $1,783.05 | $0.00 | $0.00 | $0.00 | $1,783.05 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $56.00 | $56.00 | $0.00 | $0.00 | $0.00 | $56.00 |
| 507(A) 8 -- TAXES | $3,539.11 | $3,539.11 | $0.00 | $0.00 | $0.00 | $3,539.11 |
| UNSECURED | $19,368.99 | $19,368.99 | $0.00 | $0.00 | $0.00 | $19,368.99 |
| UNSECURED TARDILY FILED 726 (a)(3) | $24,247.02 | $24,247.02 | $0.00 | $0.00 | $0.00 | $24,247.02 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 08-33146-H5-7
Case Name: THOMAS MATHEW
Trustee Name: Ben Floyd

|  |  |
|---|---:|
| Balance on hand: | $10,310.48 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $10,310.48 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Ben Floyd, Trustee Fees | $1,783.05 | $0.00 | $1,783.05 |
| Ben Floyd, Trustee Expenses | $56.00 | $0.00 | $56.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,839.05 |
| Remaining balance: | $8,471.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $8,471.43 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,539.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 5 | Comptroller of Public Accounts | $3,539.11 | $0.00 | $3,539.11 |

|       |                                            |
|------:|-------------------------------------------:|
| Total to be paid to priority claims: | $3,539.11 |
| Remaining balance: | $4,932.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,368.99 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | eCAST Settlement Corporation assignee of | $602.71 | $0.00 | $153.48 |
| 2 | Capital Recovery II | $2,313.13 | $0.00 | $589.04 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | $10,514.34 | $0.00 | $2,677.48 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | $5,938.81 | $0.00 | $1,512.32 |

|       |        |
|------:|-------:|
| Total to be paid to timely general unsecured claims: | $4,932.32 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $24,247.02 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 6 | Cedarcrest Fund LP | $24,247.02 | $0.00 | $0.00 |

|       |        |
|------:|-------:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |